IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | Case No. 3:24-cr-00091-SLG-KFR |
| SETH HERRERA, | |
| Defendant. | |

*Proposed*
**ORDER RE MOTION TO SEAL REPLY [80]**

After due consideration of the Motion to Seal Reply, the motion is GRANTED.

IT IS ORDERED that the Reply filed at Doc. 80 is hereby SEALED. A redacted, public version of the Reply shall be filed as soon as practicable after the parties confer regarding redactions.

DATED this __ day of August, 2025, in Anchorage, Alaska.

_____
Hon. Sharon L. Gleason, District Judge
UNITED STATES DISTRICT COURT